RICHARD K. DIAMOND (State Bar No. 70634)
*rdiamond@dgdk.com*
JOHN J. BINGHAM, JR. (State Bar No. 75842)
*jbingham@dgdk.com*
AARON E. DE LEEST (State Bar No. 216832)
*adeleest@dgdk.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

In re

MERUELO CHINATOWN, LLC,

    Debtor.

Case No. 1:09-bk-21622-KT

Chapter 11

**DECLARATIONS OF RICHARD MERUELO, JOHN MADDUX, AND LYNN BRECKEMEYER IN SUPPORT OF FIRST DAY MOTIONS**

Date:   September 14, 2009
Time:   3:00 p.m.
Place:  Courtroom 301
          21041 Burbank Blvd.
          Woodland Hills, California

-1-

342861.01 [XP]    25293